**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1257**

UNITED STATES OF AMERICA,

            Plaintiff – Appellee,

    v.

AMY MCDOWELL NEWBOLD; JOSEPH K. NEWBOLD,

            Defendants – Appellants,

COUNTRYWIDE HOME LOANS; HOMECOMINGS FINANCIAL; CHASE HOME
FINANCE, LLC,

            Claimants - Appellees,

        and

3466 PIEDMONT ESTATES ROAD, CITY OF CLIMAX, RANDOLPH COUNTY,
NORTH CAROLINA, with all appurtenances and improvements thereon,
more fully described in BK 1926, PG 515, Randolph County
register of deeds (registered owner Joseph K. Newbold); 4960
CECIL NORMAN ROAD, RANDLEMAN, PROVIDENCE TOWNSHIP, RANDOLPH
COUNTY, NORTH CAROLINA, with all appurtenances and improvements
thereon, as more fully described in BK 1397, PG 0323, Randolph
County Register of deeds (registered owners Joseph K. Newbold
and Amy Joe McDowell); 2010 BOULEVARD STREET, GREENSBORO,
MOREHEAD TOWNSHIP, GUILFORD COUNTY, NORTH CAROLINA, with all
appurtenances and improvements thereon, more fully described as
tract II in book 6189, PG 0471, Guilford County register of
deeds (registered owner Joseph K. Newbold); 3702 HOPE COURT,
GREENSBORO, MOREHEAD TOWNSHIP, GUILFORD COUNTY, NORTH CAROLINA,
with all appurtenances and improvements thereon, more fully
described as tract III in BK 6189, PG 0471, Guilford County
register of deeds (registered owner Joseph K. Newbold); 1803
MURRAYHILL ROAD, GREENSBORO, MOREHEAD-GILMER TOWNSHIP, GUILFORD
COUNTY, NORTH CAROLINA, with all appurtenances and improvements
thereon, more fully described in BK 6016, PG 1087, Guilford
County register of deeds (registered owner Joseph K. Newbold);

1517 MARION STREET, GREENSBORO, MOREHEAD TOWNSHIP, GUILFORD COUNTY, NORTH CAROLINA, with all appurtenances and improvements thereon, more fully described in BK 5816, PG 1673, Guilford County register of deeds (registered owner Joseph K. Newbold); 3403 IMMANUEL ROAD, GREENSBORO, MOREHEAD TOWNSHIP, GUILFORD COUNTY, NORTH CAROLINA, with all appurtenances and improvements thereon, more fully described in BK 5798, PG 2457, Guilford County register of deeds (registered owners Joseph K. Newbold and Amy McDowell Newbold); 1959 LAKEVIEW ROAD, CITY OF ASHEBORO, RICHLAND TOWNSHIP, RANDOLPH COUNTY, NORTH CAROLINA, with all appurtenances and improvements thereon, more fully described in BK 1778, PG 1680, Randolph County register of deeds (registered owner Joseph K. Newbold); 1001 RUCKER STREET, GREENSBORO, MOREHEAD TOWNSHIP, GUILFORD COUNTY, NORTH CAROLINA, with all appurtenances and improvements thereon, more fully described in BK 5505, PG 1002, Guilford County register of deeds (registered owner Joseph K. Newbold); CURRENCY, U.S., $11,700.00; CURRENCY, U.S., $10,356.28; CURRENCY, U.S., $8,107.38; CURRENCY, U.S., $1,415.00; CURRENCY, U.S., $70.00; ALL FUNDS TO THE CREDIT OF JOSEPH NEWBOLD IN THE AMERITRADE ACCOUNT ENDING IN 8013; 2014 BOULEVARD STREET, GREENSBORO, MOREHEAD TOWNSHIP, GUILFORD COUNTY NORTH CAROLINA, with all appurtenances and improvements thereon, more fully described as tract 1 in BK 6189, PG 0471, Guilford County register of deeds (registered owner Joseph K. Newbold),

                    Defendants,

CITIMORTGAGE, INCORPORATED,

          Claimant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.    Thomas David Schroeder, District Judge. (1:05-cv-00625-TDS-PTS)

_____

Submitted: March 30, 2010                Decided: April 2, 2010

_____

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Amy McDowell Newbold, Joseph K. Newbold, Appellants Pro Se. John W. Stone, Jr., Assistant U.S. Attorney, Greensboro, North Carolina, James Scott Flowers, HUTCHENS, SENTER & BRITTON, Fayetteville, North Carolina, Mark Allan Baker, JOHNSON & FREEDMAN, LLC, Atlanta, Georgia, Wendy Anne Owens, LAW OFFICE OF WENDY A. OWENS, PC, Savannah, Georgia, Donald Richard Pocock, NELSON, MULLINS, RILEY & SCARBOROUGH, LLP, Winston-Salem, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Amy McDowell Newbold and Joseph K. Newbold appeal the district court's order denying their motions pursuant to Fed. R. Civ. P. 60(b)(6), 65(a), 70, for a preliminary injunction, modification of judgment, and an order to show cause for civil contempt. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Newbold, No. 1:05-cv-00625-TDS-PTS (M.D.N.C. Feb. 2, 2009). We further deny Appellee Chase Home Finance LLC's motion to dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED